AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

|  |  |
|---|---|
| PATRICK LATRONICO, Individually and on Behalf of All Others Similarly Situated <br> *Plaintiff(s)* <br><br> v. <br><br> V.K. KNOWLTON CONSTRUCTION AND UTILITIES, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:20-CV-01474-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  V.K. KNOWLTON CONSTRUCTION AND UTILITIES, INC.
18225 FM 2252
San Antonio, Texas 78266

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

Date:   December 30, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-CV-01474-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* V.K. KNOWLTON CONSTRUCTION AND UTILITIES, INC. was received by me on *(date)* Jan 8, 2021, 3:29 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAMELA CASTRO, who is designated by law to accept service of process on behalf of *(name of organization)* V.K. KNOWLTON CONSTRUCTION AND UTILITIES, INC. on *(date)* Tue, Jan 12, 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 01/12/2021

_____
Server's signature

Richard A. Mayen P- Process Server

*Printed name and title*

7113 San Pedro, Ste. 291, San Antonio, TX 78216

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 12, 2021, 11:15 am at 18225 FM 2252, SAN ANTONIO, TX 78266 received by V.K. KNOWLTON CONSTRUCTION AND UTILITIES, INC., WHERE THE DOCUMENT WAS ACCEPTED BY PAMELA CASTRO, AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION AND ORIGINAL COMPLAINT-- COLLECTIVE ACTION.